UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE LODATO, | Case No. 23-cv-04551-AMO |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| GREGORY W. BECKER, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Stevenson v. Becker*, No. 23-cv-2277-HSG.

**IT IS SO ORDERED.**

Dated: April 4, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**